# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

URIEL CASTANEDA, et al.,

Plaintiffs,

v.

SIX UNKNOWN AGENTS, et al.,

Defendants.

NO. C11-1963-RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation is ADOPTED and APPROVED;

(2) This action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted; and

(3) The Clerk of the Court is directed to send copies of this Order to plaintiffs and to the Honorable James P. Donohue.

DATED this 26 day of March 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1